An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH SHANNON HOOVER,
Petitioner,
vs.
THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE; AND THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE,
Respondents.

No. 66136

FILED

DEC 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original proper person petition for a writ of mandamus challenging the district court's alleged failure to resolve a request for habeas corpus relief.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Mandamus is an extraordinary remedy, and whether a petition will be considered is entirely within this court's discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered the petition, we note that a petition for habeas corpus should be instituted as a new action, rather than as a

14-40749

motion filed in petitioner's criminal case. *See* NRS 34.370 (setting forth the requirements for a petition for a writ of habeas corpus); *Sheriff v. Hatch*, 100 Nev. 664, 665-66, 691 P.2d 449, 450 (1984) (explaining that a petition for habeas corpus is a collateral attack, which is litigated through an independent action.) Thus, we conclude that this court's intervention by way of extraordinary relief is not warranted, and we deny the petition. *See* NRAP 21(b)(1); *Smith*, 107 Nev. at 677, 818 P.2d at 851.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:  Hon. Scott N. Freeman, District Judge
     Keith Shannon Hoover
     Attorney General/Carson City
     Washoe District Court Clerk